

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

NOV 0 9 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | |
|---|---|
| GILBERTO HERNANDEZ-ACEVEDO § <br> d/b/a RIVER DOWN CO., INC. § <br> § <br> VS. § <br> § <br> PELCO, INC. § | CIVIL ACTION NO. B-98-096 |

TYPE OF CASE:     __X__ CIVIL          ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR WANT OF PROSECUTION**

| PLACE: | ROOM NO.: |
|---|---|
| UNITED STATES FEDERAL COURTHOUSE <br> 500 E. 10TH STREET <br> BROWNSVILLE, TEXAS | SECOND FLOOR COURTROOM, #2 |
| | DATE AND TIME: |
| | NOVEMBER 23, 1998 AT 1:30 P.M. |

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    NOVEMBER 6, 1998

TO:       MR. ANTHONY P. TROIANI