6

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| GILBERTO HERNANDEZ-ACEVEDO d\b\a RIVER DOWN CO., INC. | § § § § § § § | |
| VS. | | CIVIL ACTION NO. B-98-96 JURY |
| PELCO, INC. | | |

### ORDER ON PLAINTIFF'S MOTION TO AMEND SERVICE DOCUMENTS AND TO EXTEND TIME FOR SERVICE

ON this 20 day of January, 1999, came before the Court, Plaintiff's Motion Requesting Leave to Amend Service Documents and to Extend Time for Service and having been presented to the Court, the Court is of the opinion that said motion shall be:

GRANTED.

IT IS THEREFORE ORDERED AND DECREED that Plaintiff be allowed to amend his service documents and re-issue service on Defendant, PELCO, INC., at the following address:

PELCO, INC.
500 Chapman St.
Canton, MA 02021

Signed on this the 20 day of JAN, 1999.

_____
JUDGE PRESIDING