IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GILBERTO HERNANDEZ-ACEVEDO d/b/a RIVER DOWN CO., INC. § § § | |
| § | CIVIL ACTION NO. B-98-96 |
| VS. § | JURY |
| § § | |
| PELCO, INC. § | |

### ENTRY OF DEFAULT ~~BY CLERK~~

It appearing from the records in the above-entitled action that summons has not been served upon the defendant named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F. R. C. P. 55 (a) and Local Rule 14.10 that the below defendant has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of the following defendant is hereby entered:

PELCO, INC.
500 Chapman St.
Canton, MA 02021

DATED: March 23rd, 1999

_____
U.S. DISTRICT JUDGE

United States District Court
Southern District of Texas
ENTERED
MAR 23 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk