AO456(Rev. 5/85) Notice

# United States District Court
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

GILBERTO HERNANDEZ-ACEVEDO

VS.   NOTICE   B-98-cv-96

PELCO, INC..

*United States District Court*
*Southern District of Texas*
*ENTERED*
*MAY 23 2000*
*Michael N. Milby, Clerk of Court*
*By Deputy Clerk*

10

**Type of Case:**

☒ CIVIL            ☐ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| Place: | Room No: | Judge Filemon B. Vela's Courtrrom 3rd Floor |
|---|---|---|
| U.S.District Court<br>U.S. Courthouse<br>600 E. Harrison Street<br>Brownsville, Texas 78520 | Date:<br>Time: | Thursday, June 8, 2000<br>8:30 a.m. |

| TYPE OF PROCEEDING: | Hearing on Plaintiff"'s Application for Default Judgment against Defendant |
|---|---|

☐ TAKE NOTICE that the above proceedings in this case have been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO, DATE |
|---|---|---|
|  |  |  |

MICHAEL N. MILBY,
CLERK, U.S. DISTRICT COURT

*[signature]*
(BY) DEPUTY CLERK

DATE: May 23, 2000

cc:   Atty. Anthony P. Troiani
      &
      Pelco, Inc. - 500 Chapman St., Canton, Ma. 02021