IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| GILBERTO HERNANDEZ-ACEVEDO d/b/a RIVER DOWN CO., INC. | § § § | |
| | § | CIVIL ACTION NO. B-98-96 |
| VS. | § | JURY |
| | § | |
| PELCO, INC. | § § | |

## AMENDED ENTRY OF DEFAULT BY COURT

Pursuant to F.R.C.P. 60(a) the Court hereby amends the Entry of Default originally signed on March 23, 1999 to read as follows:

It appearing from the records in the above-entitled action that summons has been served upon the defendant named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F. R. C. P. 55 (a) and Local Rule 14.10 that the below defendant has failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of the following defendant is hereby entered:

**PELCO, INC.**
**500 Chapman St.**
**Canton, MA 02021**

DATED: June 28th, 2000

U.S. District Judge